UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION
-----------------------------------------------------------X
HELEN SWARTZ, Individually,

                   Plaintiff,

-against-

OSIB 50TH STREET HOTEL
OPERATOR, LLC, a Delaware
Limited Liability Company,

                   Defendant.
-----------------------------------------------------------X

Docket No. 15-CV-05911-PGG

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/15
```

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1    The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;

2    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3    The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at 40 Foley Sq., New York, NY, this 2nd day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE